UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NUMBER: 07-480-01 |
| v. | : | O R D E R |
| RONALD L. COHEN, | : | |

The defendant has submitted a letter request seeking an early termination of Probation,

It is on the day 22nd of FEBRUARY, 2009

ORDERED that defendant's request for an early termination of Probation is hereby denied.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR. U.S.D.J.